# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# SOUTHERN DIVISION

| | |
|---|---|
| JESSICA EVANS,  )  <br>    Plaintiff,  )  <br>         )  <br>v.        )  <br>         )  <br>MARTIN O'MALLEY, Commissioner  )  <br>of Social Security,  )  <br>    Defendant.  ) | **JUDGMENT**  <br><br>No. 7:24-CV-40-BO-KS |

**Decision by Court.**
This case came before the Honorable Terrence W. Boyle, United States District Judge for consideration.

IT IS ORDERED, ADJUDGED AND DECREED the plaintiff's motion for judgment on the pleadings is denied and the decision of the Commissioner is affirmed.

This Judgment filed and entered on November 7, 2024, with service via CM/ECF Notice of Electronic Filing on:

Daniel S. Jones, Attorney for Plaintiff
Joel J. Humphries, Attorney for Plaintiff
Pamela Henry-Mays, Attorney for Plaintiff
Cathleen McNulty, Attorney for Defendant
Joel L. Johnson, Attorney for Defendant
Lee Kouvousis, Attorney for Defendant
Samantha Zeiler, Attorney for Defendant
Wanda Mason, Attorney for Defendant

DATED: November 7, 2024      PETER A. MOORE, JR., CLERK

                        By: /s/ Lisa W. Lee
                        Deputy Clerk